UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILDERNESS WATCH, FRIENDS OF THE CLEARWATER, and WESTERN WATERSHEDS PROJECT<br><br>        Plaintiffs,<br><br>                v.<br><br>TOM VILSACK, U.S. Secretary of Agriculture; TOM TIDWELL, Chief, U.S. Forest Service; NORA RASURE, Regional Forester of Region Four of the U.S. Forest Service; CHARLES MARK, Salmon-Challis National Forest Supervisor; and VIRGIL MOORE, Director, Idaho Department of Fish and Game,<br><br>        Defendants. | Case No. 4:16-cv-12-BLW<br><br>CASE MANAGEMENT ORDER<br>TRACK:   (Legal) |

In accordance with the agreements reached in the telephone scheduling conference held between counsel and the Court on February 17, 2016, and to further the efficient administration of this matter,

NOW THEREFORE IT IS HEREBY ORDERED that the following recitation of deadlines and procedures shall govern this litigation:

1. <u>Legal Track</u>:   This case shall proceed along a Legal Track.

2. <u>Dispositive Motion Deadline</u>: The parties agree on the following items for a

schedule:

i. Any motion regarding the completeness or sufficiency of the Administrative Record shall be filed no later than February 24, 2016.

ii. Plaintiffs' motion for summary judgment shall be due no later than March 4, 2016.

iii. Plaintiffs' declarations on standing shall be filed with their motion for summary judgment.

iv. Federal Defendants' response/cross-motion for summary judgment shall be due no later than April 8, 2016.

v. Defendant Moore's response/cross-motion for summary judgment shall be due no later than April 18, 2016.

vi. Plaintiffs' response/reply shall be due no later than May 6, 2016.

vii. Federal Defendants' reply shall be due no later than May 27, 2016.

viii. Defendant Moore's reply shall be due no later than June 6, 2016.

Wavier of Statement of Material Fact Requirement:

The Court will waive the requirement in Local Rule 7.1(b)(1) to submit statements of material facts.

Modification to Page Limits

The page limits required by Local Rule 7.1(b) shall be modified as follows:

1. Plaintiffs' motion for summary judgment brief: 35 pages

2. Federal Defendants and Defendant Moore's separate

      response/cross-motions for summary judgment briefs: 35 pages

    3.     Plaintiffs' response/reply brief: 30 pages

    4.     Federal Defendants' reply brief: 20 pages

    5.     Defendant Moore's reply brief: 20 pages

9. <u>Law Clerk</u>:  If counsel has a procedural or legal question that needs to be brought to my attention, please contact Dave Metcalf, the law clerk assigned to this case at dave_metcalf@id.uscourts.gov or (208) 334-9025.

11. <u>Calendaring Clerk</u>:  With regard to any scheduling matters or calendar issues, please contact my deputy clerk, Jamie Bracke at (208) 334-9021.

12. <u>Docketing Clerk</u>: If you have a docketing question, please contact a docket clerk at (208) 334-1361.

DATED:  February 17, 2016

B. LYNN WINMILL
Chief U.S. District Court Judge